THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Darrin Troy Lang, Appellant.
 
 
 

Appeal From Clarendon County
 Thomas W. Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-470
Submitted October 1, 2007  Filed October
 11, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Darrin Troy Lang appeals his conviction
 of failure to stop for a blue light and sentence of eighteen months, suspended
 upon the service of six months and two years probation.  He contends the trial
 court erred in denying his motion for a directed verdict.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Langs appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.